# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# SOUTHEASTERN DIVISION

| | | |
|---|---|---|
| KEITH D. BOX, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) | No. 1:00-CV-00014-JAR |
| BILL FERRELL, et al., | ) ) ) | |
| Defendants. | ) ) | |

## MEMORANDUM AND ORDER

Plaintiff has filed a notice of appeal but has failed to pay the statutory filing fee [Doc. #105]. Consequently, the Court will order plaintiff to pay the full $505 appellate filing fee. Additionally, the Court notes that plaintiff may not proceed in forma pauperis on appeal, because he has incurred more than three "strikes" pursuant to 28 U.S.C. § 1915(g).[1]

Accordingly.

**IT IS HEREBY ORDERED** that within thirty (30) days from the date of this Order, plaintiff shall pay to this Court the full $505 fee for filing an appeal. Plaintiff is instructed to make his remittance payable to "Clerk, United States District Court," and to include upon it: (1) his name; (2) his prison registration number; (3) the case number; and (4) that the remittance is for the appeal of the instant action.

---

[1] *See Box v. Bollinger*, No. 1:02-CV-105 FRB (E.D. Mo.); *Box v. Scott County Jail*, No. 1:96-CV-0069 LMB (E.D. Mo.); and *Box v. Mississippi County Jail*, No. 1:96-CV-0022 LMB (E.D. Mo.).

**IT IS FURTHER ORDERED** that plaintiff shall file any future document or pleadings in connection with his appeal directly with the United States Court of Appeals for the Eighth Circuit.

Dated this 6th day of June, 2014.

_____
**JOHN A. ROSS**
**UNITED STATES DISTRICT JUDGE**